1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  HARRY D. GILBERT,                    )
                                        )              3:15-cv-00393-MMD-WGC
9            Plaintiff,                  )
                                        )
10      v.                               )
                                        )
11 KAREN GEDNEY,                         )              **ORDER**
                                        )
12           Defendants.                 )
                                        )
13 _____ )

14 **I.     DISCUSSION**

15        Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections

16 ("NDOC"), has filed an application to proceed *in forma pauperis* and has submitted a hand

17 written complaint. (ECF No. 1, 1-1).

18        Pursuant to Local Special Rule 2-1, a civil rights complaint filed by a person who is not

19 represented by counsel shall be on the form provided by this court.  As such, the Court grants

20 Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court utilizing

21 the proper form. The Court will defer a decision on the application to proceed *in forma*

22 *pauperis* until Plaintiff submits a proper initiating document for this case.

23 **II.    CONCLUSION**

24        For the foregoing reasons, IT IS ORDERED that a decision on the application to

25 proceed *in forma pauperis* (ECF No. 1) is deferred.

26        IT IS FURTHER ORDERED that Plaintiff shall submit a complaint to this Court utilizing

27 the proper form within thirty (30) days of the date of this order.

28 *///*

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court shall also send Plaintiff a copy of his handwritten complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.


DATED: This  22nd  day of September, 2015.


_____
United States Magistrate Judge

2