*Harry D. Gilbert*
Name
*Plaintiff (PR)*

*# 40083*
*P.O. Box 7000*
*Carson City, NV 89702*
Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

*Harry D. Gilbert*,                                )
             Plaintiff,          )
                        )
                        )
  vs.                                           )      CASE NO. *3:15-CV-00393 mmD-WGC*
                        )      (To be supplied by the Clerk)
*Karen Gedney, Doctor*,            )
                        )
*Romeo Aranas, Medical Director*,   )      **CIVIL RIGHTS COMPLAINT**
                        )      **PURSUANT TO**
*Isidro Baca, Warden*          )      **42 U.S.C. § 1983**
                        )
*Johns, Doctor,*                )
                        )
*John Keast, Director of Nursing* )
           Defendant(s).         )

### A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, *Harry D. Gilbert*
                                                     (Print Plaintiff's name)

who presently resides at *P.O. Box 7000, Carson City, NV 89702* were

violated by the actions of the below named individuals which were directed against

Plaintiff at *Nevada Dep't of Corrections, Nevada* on the following dates
                 (institution/city where violation occurred)

*2012 - present day*, _____ , and _____.
     (Count I)                      (Count II)                (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _Karen Gedney, Doctor,_ resides at _P.O. Box 7000, Carson City, NV 89702_
      (full name of first defendant)            (address if first defendant)
and is employed as _Physician/Doctor_ . This defendant is sued in his/her
                (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _Defendant Doctor Karen Gedney is a doctor at the Northern
Nevada Correctional Center in Carson City, Nevada. Def. Gedney is employed
by and is an agent of the Northern Nevada Correctional Center and
the Nevada Dep't of Corrections. Def. Gedney sits on the Hep C committee._

3) Defendant _Romeo Aranas_ resides at _PO Box 7000 Carson City, NV 89702_,
      (full name of first defendant)             (address if first defendant)
and is employed as _Medical Director of Nevada Dep't of Corr_. This defendant is sued in his/her
                (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _Defendant Romeo Aranas is the medical director for the NDOC. Aranas
is employed by and is an agent of the NDOC. He is ~~responsible~~ responsible for overseeing the
management and operations of the NDOC's medical services. Aranas is ~~the final~~ responsible
for approving hep C treatments for inmates._

4) Defendant _Warden Isidro Baca_ resides at _PO Box 7000, Carson City, NV 89702_
      (full name of first defendant)             (address if first defendant)
and is employed as _Warden of NNCC_ . This defendant is sued in his/her
                (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _Defendant Baca is the warden of NNCC and has held this position
for all times relevant to this complaint. He is employed by and is an agent of the NNCC
and NDOC. He is responsible for overseeing the management and operations of the NNCC._

5) Defendant _Doctor Johns_ resides at _PO Box 7000, Carson City, NV 89702_
      (full name of first defendant)             (address if first defendant)
and is employed as _Physician/Doctor_ . This defendant is sued in his/her
                (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _Defendant Johns is a female physician at the NNCC. She is
employed by and is an agent of the NNCC and NDOC. Doctor Johns is
a member of the panel/committee responsible for approving hep C treatment
for prisoners._

2

6) Defendant _John Keast,_ resides at _P.O. Box 7000, Carson City, NV 89702_
         (full name of first defendant)                    (address if first defendant)
and is employed as _Director of Nursing_ . This defendant is sued in his/her
         (defendant's position and title, if any)
___individual ___ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _Def. Keast is the Director of Nursing at the NNCC_
_and is responsible for overseeing and managing the management and_
_operations of the Regional Medical Facility at NNCC._

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

_This action arises under the Eighth Amendment to the U.S. Const., and is_
_brought pursuant to 42 U.S.C. 1983. The Court has subject matter_
_jurisdiction over this action under 28 U.S.C. 1331, and 1332._

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

_Plaintiff Harry O. Gilbert ("Plaintiff"), a prisoner of the NDOC, who is currently_
_incarcerated at the Northern Nevada Correctional Center ("NNCC"), brings this action_
_challenging Defendant Doctor Karen Gedney, Romeo Aranas, Medical Director,_
_John Keast, Director of Nursing, Doctor Johns, and Warden Isidro Baca's_
_("Defendants") deliberate indifference to his serious medical needs, in violation of the Eighth_
_Amendment to the United States Constitution. Specifically, Defendants have refused to provide_
_Plaintiff with any type of treatment for Plaintiff's hepatitis C ("hep C") even though_
_Plaintiff's liver is in danger of failing. If Plaintiff's liver fails he will die. According_
_to Defendant Gedney, the treatment that will cure Plaintiff's hep C — Harvoni —_
_will not be given to Plaintiff because the treatment is "too expensive"._
_Defendants' actions and inactions thus violate Plaintiff's constitutional rights._
_Plaintiff brings this action, pursuant to 42 USC 1983, seeking declaratory and injunctive,_
_and damages to be proven at trial._

## C. CAUSE OF ACTION

## COUNT I

The following civil rights has been violated: (Against All Def's. - For Violations of the Eighth Amendment Under Color of State Law - Cruel and Unusual Punishment; Section 1983) The acts described in this complaint constitute violations of Plaintiff's rights under the 8th Amendment to the U.S. Const. through 42 USC 1983, and have caused and will continue to cause damages to Plaintiff.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. Plaintiff suffers from hepatitis C virus, and has been infected for 21 years. Plaintiff was originally diagnosed with hep C in 1994.

2. Plaintiff has been incarcerated at NNCC since May of 2012.

3. From 2012 to 2015 Plaintiff has put Defendants on notice that he suffers from hep C. Plaintiff has given Defendants notice of his condition by way of formal and informal, official and unofficial methods of communication.

4. Blood work and various tests have been performed on the Plaintiff since 2012 relating to his hep C. The results of the bloodwork and tests indicate that Plaintiff's liver is suffering irreparable damage from hep C, and that his liver is failing from hep C.

5. Plaintiff has requested treatment from Defendants for his hep C on numerous occasions by way of formal and informal, official and unofficial methods of communication. Specifically, Plaintiff sought, among other treatment, the drug Harvoni. Harvoni is a cure for hep C.

6. Having knowledge of Plaintiff's infection with hep C, the critical condition of his liver from hep C, and Plaintiff's requests for treatment which included requests for Harvoni, Defendants have, nevertheless, refused to give Plaintiff any care or treatment for his hep C.

7. Defendants are aware that Plaintiff requires immediate treatment for his hep C in order to save Plaintiff's life.

(Continuation of Page 4, Factual Allegations,)
   Part C.

8. If Plaintiff's liver fails he will die.

9. Defendant Gedney has told Plaintiff that the cost of treating Plaintiff's hep C is "too expensive", and when Plaintiff indicated to Gedney that he may sue the prison in order to recieve treatment for his hep C, Defendant Gedney responded to Plaintiff saying " the Courts look to us [ NDOC doctors] for medical opinions. So whether you need treatment or not, if we say you don't the Court will side with us."

10. Defendants refuse to treat Plaintiff's hep C because of the costs associated with treatment.

11. Plaintiff is suffering, and will continue to suffer, irreparable harm because of Defendants' refusal to treat his hep C.

12. Defendants' actions, and inactions, were and are motivated by ill will motive and intent, and were and are committed under color of state law with reckless indifference to Plaintiff's rights.

— Page 4A —

13. Plaintiff has suffered great mental and emotional injuries because of Defendants' deliberate indifference to his medical needs.

14. Defendants' actions have violated, and inactions, have violated, continue to violate, and are reasonably expected in the future to violate Plaintiff's constitutional rights.

15. Defendants' unconstitutional actions and inactions are ongoing and continue to violate Plaintiff's rights. As such, Plaintiff has no adequate remedy at law.

16. Plaintiff is entitled to damages, injunctive and declaratory relief.

## COUNT II

The following civil rights has been violated: _____

_____

_____


Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## COUNT III

The following civil rights has been violated: _____

_____

_____

     Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  ____ Yes  __X__ No.  If your answer is "Yes", describe each lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a) Defendants: _____

b) Name of court and docket number: _____

c) Disposition (for example, was the case dismissed , appealed or is it still pending?):
   _____

d) Issues raised: _____
   _____
   _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __✓__ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
   _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

7

c)   The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

3)   Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? \_✓\_ Yes \_\_\_ No.  If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number *2006298860*

Date and institution where grievance was filed *11/25/14  at  NNCC*.

Response to grievance: *Summarily denied.  < Exhaustion of administrative remedies is an affirmative defense, and is not required in the pleadings >*

8

---

- - - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1. A declaration that Defs' acts and ommissions violate the Eigtth Amendment.
2. An order from the Court requiring Defs. to provide Plaintiff with the medication Harvoni to treat his hep C.
3. Nominal damages ~~against each Defendant~~ for each violation by the Defs. against the Plaintiff's rights.
4. Compensatory damages in an amount to be proven at trial.
5. Punitive damages in an amount to be proven at trial.
6. Such other relief as the Court deems equitable.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_Charlie David Jackson_
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_(Signature of Plaintiff)_

_9/27/15_
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)