ADAM PAUL LAXALT
Nevada Attorney General
JOHN L. WARD IV
Deputy Attorney General
Nevada Bar No. 12513
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1134
E-mail: jward@ag.nv.gov

*Attorneys for Defendants Romeo Aranas, Isidro Baca, Karen Gedney, Marsha Johns, and John Keast*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARRY D. GILBERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAREN GEDNEY, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-00393-MMD-WGC<br><br>**PARTIES' STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE** |

Plaintiff Harry D. Gilbert, *pro se*, and Defendants Romeo Aranas, Isidro Baca, Karen Gedney, Marsha Johns, and John Keast, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and John L. Ward IV, Deputy Attorney General (collectively "Parties"), hereby stipulate to the dismissal of Plaintiff's above-captioned civil action, *with prejudice*, each party to bear his or her own costs.

**SO STIPULATED:**

Dated: May 13, 2016

By: _/s/ Harry D. Gilbert_
HARRY D. GILBERT (#40083)
Plaintiff, *pro se*

Dated: May 13, 2016

ADAM PAUL LAXALT
Attorney General

By: _/s/ John L. Ward IV_
JOHN L. WARD IV
Deputy Attorney General

1

## ORDER

In contemplation of the *Parties' Stipulation of Dismissal of Plaintiff's Civil Action with Prejudice*, this Court approves the same and so orders dismissal of Plaintiff's civil action with prejudice.

**IT IS SO ORDERED.**

Dated: this 16th day of May, 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on May 16, 2016, I caused to be deposited for mailing, a true and correct copy of the foregoing, **PARTIES' STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE**, on the following:

Harry D. Gilbert  (#40083)
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/ signature

An employee of the
Office of the Attorney General